No. 02–634. GREEN TREE FINANCIAL CORP., NKA CONSECO FINANCE CORP. v. BAZZLE ET AL., IN A REPRESENTATIVE CAPAC-

ITY ON BEHALF OF A CLASS AND FOR ALL OTHERS SIMILARLY SITUATED, ET AL. Sup. Ct. S. C. Certiorari granted.